BRIAN C. SHAPIRO
ATTORNEY AT LAW: 192789
LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
SANTA FE SPRINGS, CALIFORNIA 90670-4756
TEL: 562/868-5886
FAX: 562/868-5491
Email: brian_rohlfing.office@speakeasy.net

Attorney for JOSEPH LOPEZ

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LOPEZ, | No. 1:08-CV-01249 TAG |
| Plaintiff, | STIPULATION TO DISMISSAL; |
| v. | **ORDER DISMISSING CASE** |
| MICHAEL J. ASTRUE Commissioner of Social Security, | |
| Defendant. | |

The parties, through their undersigned counsel of record, HEREBY STIPULATE, subject to the approval of the Court, to a dismissal of the above-captioned matter, pursuant to Rule 41 (a)(1)(ii) of the Federal Rules of Civil Procedure. Each party shall bear his/her own costs and expenses.

///
///
///
///
///

-1-

| | | |
|---|---|---|
| 1 | DATED: January 22, 2009 | LAW OFFICES OF LAWRENCE D. ROHLFING |
| 2 | | /s/ - Brian C. Shapiro |
| 3 | | _____ |
| 4 | | BRIAN C. SHAPIRO<br>Attorney for JOSEPH LOPEZ |
| 7 | DATED: January 22, 2009 | McGREGOR W. SCOTT<br>United States Attorney |
| 11 | | /s/ - Odell Grooms * |
| 12 | | _____ |
| 13 | | ODELL GROOMS<br>SPECIAL ASSISTANT AUSA<br>Attorney for Defendant |
| 14 | | [*By via email authorization on 1/22/09] |

17  IT IS HEREBY ORDERED, based on the stipulation by and between the parties, through their
18  respective counsel, that the court dismisses the above matter without prejudice. Each side to bear
19  his/her own costs and expenses, including but not limited to attorney's fees.

IT IS SO ORDERED.

DATED: 1/26/2009

_____
THERESA A. GOLDNER
U.S. MAGISTRATE JUDGE